IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAMIR BANKS,<br>    Petitioner, | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 19-CV-2605<br>: |
| THERESA DELBASO, *et al.*,<br>    Respondents. | :<br>: |

## ORDER

**AND NOW** this 6th day of October, 2020, upon careful and independent review of the petition for writ of habeas corpus, and the Report and Recommendation of the Honorable Jacob P. Hart, as well as the review of Petitioner's objections to the Report and Recommendation, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for writ of habeas corpus is **DISMISSED**; and

3. There is no basis for the issuance of a certificate of appealability.

                        **BY THE COURT:**

                        **/s/ Jeffrey L. Schmehl**
                        JEFFREY L. SCHMEHL, J.