IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAMIR BANKS,<br>　　Petitioner,<br><br>　　　　v.<br><br>THERESA DELBASO, *et al.,*<br>　　Respondents. | :<br>:<br>:<br>:  　CIVIL ACTION NO. 19-2605<br>:<br>:<br>: |

## ORDER

**AND NOW** this 3rd day of August, 2023, upon review of Petitioner's Motion for Relief from Judgment Pursuant to Rule 60(b) (Docket No. 30), and Respondents' opposition thereto, it is hereby **ORDERED** as follows:

1. Petitioner's Motion for Relief from Judgment is **DENIED**; and
2. There is no basis for the issuance of a certificate of appealability.

**BY THE COURT:**


**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.